IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

UNITED STATES OF AMERICA

VS.                                               CRIMINAL NO. 4:07cr26HTW-LRA

RONNIE W. BRANNETT
AND RONNIE W. BRANNETT, II

### **ORDER GRANTING MOTION TO EXTEND REPORTING DATE**

This day came on to be heard the motion of the Defendant Ronnie W. Brannett, through counsel, to extend his reporting date of August 19, 2009, to October 26, 2009, on the grounds that Defendant has another court appearance on the 14th day of August, 2009, in Jackson, Tennessee, and could not make same unless the extension is granted.

The Court having considered same, hereby orders that Brannett's reporting date is rescheduled for the 26th day of October, 2009.

ORDERED AND ADJUDGED this the 13th day of August, 2009.

s/ HENRY T. WINGATE

_____
HENRY T. WINGATE
CHIEF JUDGE U.S. DISTRICT COURT